UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



CAPGEMINI AMERICA, INC.

Plaintiff,

-v-

AID ASSOCIATES INC. d/b/a PLAZA ASSOCIATES

Defendant.

Case No. _____

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Capgemini America, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Cap Gemini S.A.

Date: October 18, 2011

Signature of Attorney

Attorney Bar Code: _____