EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

CAPGEMINI AMERICA, INC.

                    Plaintiff (s),

Case No. 11 CIV 7448
AFFIDAVIT OF SERVICE

-against-

AID ASSOCIATES INC. d/b/a PLAZA ASSOCIATES,

                    Defendant (s).
------------------------------------------------------------------------X

STATE OF NEW YORK      )
                            :s.s:
COUNTY OF QUEENS       )

        JONATHAN ALEJANDRO, being duly sworn, deposes and says:

        I am not a party to this action, am over the age of eighteen years, and reside in the State of New York.

        On the 21st day of October, 2011, at approximately 3:07 p.m. at 370 Seventh Avenue, Suite 1200, New York, New York, I served true copies of the SUMMONS IN A CIVIL CASE and COMPLAINT, in the above-entitled action upon, AID ASSOCIATES INC. d/b/a PLAZA ASSOCIATES, defendant herein named, by personally delivering to and leaving thereat, true copies of the above mentioned documents with RICHARD KIER.  At time of service, Mr. Kier identified himself as the Supervisor for Aid Associates Inc. d/b/a Plaza Associates and as a person authorized to accept service of process for Aid Associates Inc. d/b/a Plaza Associates.

Mr. Kier is a Caucasian male, approximately 50-55 years of age, 5'9" tall, 200 lbs, with light hair and light eyes and wore glasses.

Sworn to before me this
21st day of October, 2011

NOTARY PUBLIC

JONATHAN ALEJANDRO
License No. 1301531

CLENDY J. CALDERON
Notary Public, State of New York
No. 01CA6115564
Qualified in Queens County
Commission Expires September 7, 20__