USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CAPGEMINI AMERICA, INC.,

          Plaintiff,

    -against-

AID ASSOCIATES INC. d/b/a PLAZA
ASSOCIATES,

          Defendant.

------------------------------------x

No. 11-Civ-7448 (JSR)(GWG)

STIPULATION EXTENDING TIME
TO ANSWER THE COMPLAINT

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties hereto, that defendant Aid Associates Inc. d/b/a Plaza Associate's time to answer or otherwise respond to the complaint herein is extended from November 11, 2011 until December 23, 2011. This is the first stipulation extending this deadline.

Dated: New York, New York
       November 10, 2011

CHADBOURNE & PARKE LLP

By: _____
Gerald D. Silver, Esq.
Paige M. Willan, Esq.
30 Rockefeller Plaza
New York, New York 10112
(T) (212) 408-5260
(F) (646) 710-5260
gsilver@chadbourne.com
pwillan@chadbourne.com
Attorneys for Plaintiff

AID ASSOCIATES INC. d/b/a PLAZA
ASSOCIATES,

By: _____
Paul R. Brennan, President / CEO
370 Seventh Avenue
New York, N.Y. 10001
(T) 212 330 9651
pbrennan@plazaassociates.com

       Defendant *Pro Se*

SO ORDERED (but no further extensions)

_____
Hon. Jed S. Rakoff, U.S.D.J.
~~Gabriel W. Gorenstein, U.S.M.J.~~   11-14-11