UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
CAPGEMINI AMERICA, INC.,

                    Plaintiff,

      -against-

AID ASSOCIATES INC. d/b/a PLAZA
ASSOCIATES,

                    Defendant.
---------------------------------------------------------------x

No. 11-Civ-7448 (JSR)(GWG)

NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that plaintiff Capgemini America, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action with prejudice, and with each party bearing its own costs.

Dated: New York, New York
December 21, 2011

                    CHADBOURNE & PARKE LLP

                    By  /s/ Gerald D. Silver
                         Gerald D. Silver, Esq.
                         30 Rockefeller Plaza
                         New York, NY  10112
                         (T) (212) 408-5260
                         (F) (646) 710-5260
                         gsilver@chadbourne.com
                         Attorneys for Plaintiff