UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CAPGEMINI AMERICA, INC.,

                Plaintiff,

    -against-

AID ASSOCIATES INC. d/b/a PLAZA
ASSOCIATES,

                Defendant.

---------------------------------------------------------------x

No. 11-Civ-7448 (JSR)(GWG)

NOTICE OF VOLUNTARY
DISMISSAL

PLEASE TAKE NOTICE that plaintiff Capgemini America, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action with prejudice, and with each party bearing its own costs.

Dated:  New York, New York
         December 21, 2011

                             CHADBOURNE & PARKE LLP

                             By  /s/ Gerald D. Silver
                                 Gerald D. Silver, Esq.
                                 30 Rockefeller Plaza
                                 New York, NY 10112
                                 (T) (212) 408-5260
                                 (F) (646) 710-5260
                                 gsilver@chadbourne.com
                                 Attorneys for Plaintiff

SO ORDERED:

_____[signature]_____
U.S.D.J.

12-22-11